UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JUNIOR LOUIS**,<br> Petitioner,<br><br>v.<br><br>**ANTONE MONIZ**, *Superintendent,*<br>*Plymouth County Correctional Facility,*<br> Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

          CIVIL ACTION NO.
          26-11191-BEM

## **FINAL JUDGMENT**

MURPHY, D.J.

In accordance with this Court's Order (ECF #12) issued on April 3, 2026, denying the

Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Respondents against the Petitioner.

BY THE COURT,

*/s/ Marlene Martins*

DATED:   April 3, 2026                    Deputy Clerk